

```
FREUND & BRACKEY LLP
Jonathan D. Freund, Esq. (SBN 156)
Gregory J. Marcot, Esq. (SBN 186546)
427 North Camden Drive
Beverly Hills, CA 90210
Tel: (310) 247-2165
Fax: (310) 247-2190

Attorneys for Plaintiff,
Inge Bongo
```

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGE BONGO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN COMBS an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 01-00980 CBM (RCx)<br><br>**STIPULATION OF PARTIES RE EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANT'S CROSS-COMPLAINT AND ORDER.** |

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

WHEREAS Defendant Sean Combs has filed a counter claim to which a responsive pleading is due on June 13, 2001.

IT IS HEREBY STIPULATED between the parties by and through their respective undersigned counsel, that:

1.  Plaintiff, Inge Bongo shall have an additional sixteen (16) days in which to file a responsive pleading to Defendant's counter claim, to be due on or before June 29, 2001.



ENTERED ON ICMS
JUN 15 2001
CV

1

6

Dated:    June _____ 2001

By: _____
JOSEPH A. DAVIS
DAVIS AND WINSTON
Attorneys for Defendant
Sean Combs.

Dated:    June 12, 2001

By: _____
JONATHAN D. FREUND
FREUND & BRACKEY LLP
Attorneys for Plaintiff
Inge Bongo.

IT IS SO ORDERED

Dated: ____6/14/01____

_____
UNITED STATES DISTRICT COURT JUDGE

2

1  Dated: June 13, 2001
2
3
4
5                                By: _____
6                                    JOSEPH A. DAVIS
                                     DAVIS AND WINSTON
7                                    Attorneys for Defendant
                                     Sean Combs.
8
9
10 Dated: June 12, 2001
11
12
13                               By: _____
                                     JONATHAN D. FREUND
14                                   FREUND & BRACKEY LLP
                                     Attorneys for Plaintiff
15                                   Inge Bongo.
16
17
   IT IS SO ORDERED
18
19 Dated:_____
20
21
22
                                 _____
23                               UNITED STATES DISTRICT COURT JUDGE
24
25
26
27
28

2